IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRAGO K. FERGUSON, JR., | ) |
| Petitioner, | ) |
| vs. | ) Case No. 2:06-cv-514-TMP |
| WARDEN GRANT CULLIVER; ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

O R D E R

On May 4, 2007, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed with prejudice. The petitioner filed objections on May 18, 2007.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the petitioner's objections thereto, the Court is of the opinion that the petitioner's objections are due to be and hereby are OVERRULED, the magistrate judge's report is hereby ADOPTED, and his recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE.

DONE and ORDERED this 22nd day of May 2007.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE